# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JOSE EDUARDO DODDS** and **JOSEFA A. DODDS,**
Appellants,

v.

**U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE FOR PROF-2013-S3 LEGAL TITLE TRUST,**
Appellee.

No. 4D17-1087

[March 29, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Joel T. Lazarus, Judge; L.T. Case No. CACE12005844.

Bruce K. Herman of The Herman Law Group, P.A., Fort Lauderdale, for appellants.

Jonathan L. Blackmore of Phelan Hallinan Diamond & Jones, PLLC, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***